# EXHIBIT A

**36D01-2012-CT-000076**

Jackson Superior Court 1

Filed: 12/29/2020 12:22 PM
Clerk
Jackson County, Indiana

STATE OF INDIANA      )          IN THE JACKSON COUNTY SUPERIOR COURT
                              ) SS:
COUNTY OF JACKSON   )          CAUSE NO.

DEBRA BUSICK,                )
                               )
       Plaintiff,            )
                               )
  v.                           )          **JURY TRIAL REQUESTED**
                               )
CIRCLE K STORES, INC. d/b/a CIRCLE K, )
                               )
       Defendant.          )

## COMPLAINT

Comes now Plaintiff, Debra Busick (hereinafter "Debra"), by counsel, and for her Complaint against Defendant, Circle K. Stores, Inc. d/b/a Circle K (hereinafter "Circle K"), says:

1. At all times material hereto, Debra was a resident of Seymour, Jackson County, Indiana.

2. At all times material hereto, Circle K was a business operating a gas station and convenience store open to the public at 601 East Tipton Street, Seymour, Indiana 47274.

3. On September 11, 2020, Debra was injured while she was a business invitee upon the property of Circle K.

4. The aforementioned injuries to Debra were proximately caused by and/or resulted from the negligence and/or fault of employees and/or agents of Circle K.

5. As a result of the aforementioned injuries, Debra incurred medical expenses, pain and suffering, mental anguish, costs, expenses and other damages recoverable under Indiana law.

Filed: 12/29/2020 12:22 PM
Clerk
Jackson County, Indiana

WHEREFORE, Plaintiff, Debra Busick, prays for judgment against Defendant, Circle K

Stores, Inc. d/b/a Circle K, in an amount which will fully, fairly and adequately compensate her

for all losses, expenses, costs and damages recoverable under Indiana law, and for all other just

and proper relief in the premises.

## JURY TRIAL REQUEST

Comes now Plaintiff, Debra Busick, by counsel, and requests a trial by jury in the above-

captioned cause of action.

Respectfully submitted,

/s/Michael E. Simmons
Michael E. Simmons
HUME SMITH GEDDES GREEN & SIMMONS, LLP
Attorney No. 136-49
54 Monument Circle, 4th Floor
Indianapolis, Indiana  46204
Telephone:  (317) 632-4402
Facsimile:  (317) 632-5595
msimmons@humesmith.com
jlitton@humesmith.com

Seth R. Wilson
ADLER ATTORNEYS
Attorney No. 26647-49
136 South 9th Street
Noblesville, Indiana 46060
Telephone: (317) 773-1974
seth@noblesvilleattorney.com

Attorneys for Plaintiff

Filed: 12/29/2020 12:22 PM
Clerk
Jackson County, Indiana

Respectfully submitted,


/s/Michael E. Simmons
Michael E. Simmons
HUME SMITH GEDDES GREEN & SIMMONS, LLP
Attorney No. 136-49
54 Monument Circle, 4th Floor
Indianapolis, Indiana  46204
Telephone:  (317) 632-4402
Facsimile:  (317) 632-5595
msimmons@humesmith.com
jlitton@humesmith.com

Seth R. Wilson
ADLER ATTORNEYS
Attorney No. 26647-49
136 South 9th Street
Noblesville, Indiana 46060
Telephone: (317) 773-1974
seth@noblesvilleattorney.com

Attorneys for Plaintiff

3