IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| DEBRA BUSICK, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:21-cv-00022-DML-JMS ) ) |
| CIRCLE K STORES, INC. d/b/a CIRCLE K, | ) ) ) |
| Defendant. | ) |

### ORDER ON PLAINTIFF'S MOTION TO DISMISS

This matter having come before the Court on *Plaintiff's Motion to Dismiss* (Dkt. 67), and the Court being duly advised, now finds that the Motion should be GRANTED, and it is accordingly.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff, Debra Busick's cause of action against Defendants is hereby DISMISSED WITH PREJUDICE.

SO ORDERED.

Date: 3/7/2022

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:
Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.